FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. and WIRELESS VISION, LLC,<br><br>    Defendants. | No. 4:23-CV-05166-SAB<br><br>**ORDER DENYING MOTION TO STAY DISCOVERY; DENYING MOTION TO DISMISS; GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

    Before the Court are Defendants' Motion to Dismiss, ECF No. 22, and Motion to Stay Discovery, ECF No. 23. The motions were heard without oral argument. Defendant T-Mobile USA, Inc. is represented by Caroline Morgan and Sean Russel. Defendant Wireless Vision LLC is represented by Kristin Nealey Meier, Perie Reiko Koyama and Sean Russel. Plaintiff is represented by Carrie Goldberg, Edward Redmond, Emma Aubrey, and Laura Hecht-Felella.

    **1. Defendants' Motion to Dismiss**

    Defendants filed a 40-page Joint Motion to Dismiss. ECF No. 23. Initially, Defendants are instructed to consult Local Civil Rule 7(f) for page limitations. Briefing that does not conform to the Local Rules will be stricken. In their Motion, Defendants argue Plaintiff has not alleged sufficient facts to state a claim upon which relief may be granted. It is the Court's practice to deny initial motions to dismiss with leave to renew and grant Plaintiff leave to file an Amended Complaint

to cure any deficiencies alleged by Defendants. *See* Fed. R. Civ. P. 15 (Courts should freely give leave to amend when justice so requires).

### 2. Defendants' Motion to Stay Discovery

Defendants ask the Court to stay discovery pending a ruling on Defendants' 12(b)(6) motion. Plaintiff opposes any stay on discovery.

Defendants' Motion is premature. Currently, the parties are not under any discovery obligations. The Court has not set a scheduling conference and has not ordered that the parties conduct their Rule 26(f) conference. *See* Fed.R.Civ.P. 26(a)(C). Under the Court does so, the parties are not obligated to provide any discovery.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, ECF No. 22, is **DENIED**, with leave to renew.

2. Within **14 days** from the date of this Order, Plaintiff is granted leave to file an Amended Complaint, or file a response to Defendants' motion. If Plaintiff files a response to the motion, Defendants shall file their reply by the deadline set forth in the Local Rules.

3. Defendants' Motion to Stay Discovery, ECF No. 23, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 23rd day of January 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO DISMISS; MOTION TO STAY DISCOVERY** ~ 2