FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>T-MOBILE USA INC., and WIRELESS VISION, LLC,<br><br>          Defendants. | No. 4:23-CV-05166-SAB<br><br>**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** |

   Before the Court is the parties' Stipulated [Motion for] Protective Order, ECF No. 46. The motion was heard without oral argument. Defendant T-Mobile USA, Inc. is represented by Caroline Morgan and Sean Russel. Defendant Wireless Vision LLC is represented by Kristin Nealey Meier, Perie Reiko Koyama and Sean Russel. Plaintiff is represented by Carrie Goldberg, Emma Aubrey, and Laura Hecht-Felella.

   The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

   The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** ~1

such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated [Motion for] Protective Order, ECF No. 46, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 6th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 2**